WINTHROP SAVINGS BANK *vs.* CHARLES P. BLAKE *et als.*

Kennebec, May 30, 1877.—May 31, 1877.

*Exceptions.*

Exceptions will not lie to a refusal to allow a defendant to plead anew, who, after the first term, has filed a general demurrer to the plaintiff's declaration.

ON EXCEPTIONS.

The facts sufficiently appear in the opinion of the court.

*J. Baker*, for the defendants.

*E. O. Bean*, for the plaintiffs.

WALTON, J.   This action was entered at the March term, 1876. At the March term, 1877, the defendants filed a general demurrer

to the plaintiff's declaration. The demurrer was overruled, and the defendants thereupon moved for leave to plead anew. The motion was refused, and to this refusal the defendants filed exceptions. The court is of opinion that the exceptions must be overruled. The demurrer not having been filed at the first term, leave to plead anew could not be claimed as a legal right. R. S., c. 82, § 19. The motion was addressed to the discretion of the presiding justice; and to the exercise of a discretionary power, exceptions do not lie.                    *Exceptions overruled.*

APPLETON, C. J., DICKERSON, BARROWS, DANFORTH and PETERS, JJ., concurred.